**97–370. Beck v. Tracy.**
Board of Tax Appeals, No. 96–K–156. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–666. State ex rel. Beery v. Schregardus.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, May 5, 1997*

## MOTION DOCKET

**97–798. Koeck v. Boyle.**
Athens App. Nos. 95CA1705 and 95CA1731. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

*Wednesday, May 7, 1997*

## RECONSIDERATION DOCKET

**97–184. Taylor v. McCullough–Hyde Mem. Hosp.**
Butler App. No. CA96–02–032. On April 29, 1997, appellee, Eugene P. Durbin, M.D., filed a memorandum opposing motion for reconsideration that was due April 28, 1997. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of an untimely memorandum opposing motion for reconsideration,

IT IS ORDERED by the court, *sua sponte*, that appellee's memorandum opposing motion for reconsideration be, and hereby is, stricken.